UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KSENIIA PETROVA<br><br>Plaintiff,<br><br>v.<br><br>TODD W. BLANCHE, Acting United States Attorney General, DAREN K. MARGOLIN, Director, Executive Office for Immigration Review, United States Department of Justice and, TODD A. MASTERS, Immigration Judge, Boston Immigration Court<br><br>Defendants. | CIVIL ACTION NO. 26-11825-WGY |

YOUNG, D.J. April 28, 2026

**INDICATIVE RULING PURSUANT TO RULE 62.1(a)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Court construes the Joint Status Report, ECF No. 18, as a request for clarification or further relief with respect to the Court's April 24, 2026 Order, ECF No. 12. That Order is presently appealed to the Court of Appeals for the First Circuit. See Notice of Appeal, ECF No. 15.

This Court provides the following indicative ruling pursuant to Rule 62.1(a)(3) which it would enter were the First Circuit to remand:

The Court is satisfied that the relief requested in the Complaint has been provided to the Plaintiff. Accordingly, this action is now MOOT and is DISMISSED in part, save for the stay order which shall be VACATED (and thereafter the action DISMISSED in its entirety) upon the earlier of: (1) the expiration of seven days after the issuance of this Order; or, (2) the imposition of any further stay order of the Court in Petrova's pending criminal matter.

The Clerk is directed to promptly notify the circuit clerk the First Circuit of this Court's indicative ruling pursuant to Rule 12.1(a) of the Federal Rules of Appellate Procedure. See Fed. R. Civ. P. 62.1(b).

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE